IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAYLIN GRAY, | ) | 4:10CV3219 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Crime Lab Testing (filing no. 18) and Respondent's Objection to Petitioner's Motion (filing no. 19). In Petitioner's Motion, Petitioner states he found a foreign substance on the Designation of State Court Records sent to him by Respondent and he would like it tested. (Filing No. 18 at CM/ECF p. 1.) After careful review of Petitioner's Motion, the court finds that it should be denied. To the extent Petitioner is concerned that the documents sent to him by Respondent may be contaminated, he may file a motion with the court requesting additional documents.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Crime Lab Testing (filing no. 18) is denied, and Respondent's Objection to Petitioner's Motion (filing no. 19) is granted.

DATED this 25th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge