# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAYLIN GRAY, | ) | Case No: 4:10CV3219 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| | **)** | |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 15, (2 Boxes), be returned to the Nebraska Attorney General's Office, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

November 12, 2014.            BY THE COURT

                              s/Joseph F. Bataillon
                              Senior United States District Judge